JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OUSSAMA RAWAS,<br><br>                    Plaintiff,<br><br>v.<br><br>PORSCHE CARS NORTH AMERICA, INC., et al.<br><br>                    Defendants. | Case No. 2:25-cv-06791-JFW-PDx<br><br>**ORDER REMANDING CASE TO THE SUPERIOR COURT**<br><br>Complaint Filed:   6/18/25<br>Date Removed       7/24/25 |

### ORDER

On October 13, 2025, the Parties to the above-referenced action filed a Stipulation to Remand this Removed Action. The Court having reviewed that stipulation and good cause appearing, orders as follows:

1. The Parties' stipulation is approved;

2. Central District of California case number 2:25-cv-06791-JFW-PDx styled OUSSAMA RAWAS v. PORSCHE CARS NORTH AMERICA, INC., et al. is hereby remanded to the Superior Court for the state of California, County of Los Angeles.

**IT IS SO ORDERED**.

Dated: October 16, 2025

_____
Hon. John F. Walter
UNITED STATES DISTRICT COURT

1
ORDER